## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Kaizen International, LLC,<br><br>    Plaintiff,<br><br> v.<br><br>Jawbone Health Hub, Inc.,<br><br>    Defendant. | Case No. |

### PLAINTIFF'S RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Kaizen International, LLC, a private non-governmental entity, certifies that there are no corporate parents, affiliates, and/or subsidiaries owning more than ten percent (10%) of Plaintiff.

Dated: May 2, 2019

Respectfully submitted,

/s/ *John S. Spadaro*
John S. Spadaro
John Sheehan Spadaro LLC
54 Liborio Lane
P.O. Box 627
Smyrna, DE 19977
Telephone: (302) 235-7745

Jack Thomas
Leslie A. Davis
Troutman Sanders LLP
875 Third Avenue
New York, NY 10022
Telephone: (212) 704-6000

*Attorneys for Plaintiff*
*Kaizen International, LLC*

- 2 -