# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Kaizen International, LLC,<br><br>             Plaintiff,<br><br>      v.<br><br>Jawbone Health Hub, Inc.,<br><br>             Defendant. | Case No. 19-cv-00815-CFC |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between counsel for the respective parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned matter is hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs and attorneys' fees.

SO AGREED:

| **JOHN SHEEHAN SPADARO, LLC** | **MACAULEY LLC** |
|---|---|
| By: */s/ John S Spadaro*<br>     John S. Spadaro (Id. No. 3155)<br>     54 Liborio Lane<br>     P.O. Box 627<br>     Smyrna, DE  19977<br>     (302) 235-7745 (telephone)<br>     (302) 235-2536 (facsimile)<br>     jspadaro@johnsheehanspadaro.com | By: */s/ Thomas G. Macauley*<br>     Thomas G. Macauley (Id. No. 3411)<br>     300 Delaware Avenue<br>     Suite 1018<br>     Wilmington, DE 19801<br>     (302) 656-0100 (telephone)<br>     (302) 654-44362 (facsimile)<br>     tm@macdelaw.com |
| Attorneys for Plaintiff Kaizen International, LLC | Attorneys for Defendant Jawbone Health Hub, Inc. |

Date:  May 31, 2019

8714